IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOY GRAY,**                                                           **PLAINTIFF**

**v. CASE NO. 4:25-CV-1057-LPR**

**RENEE MALLORY, ET AL**                                     **DEFENDANTS**

### PLAINTIFF'S NOTICE OF FILING

**COMES NOW,** THE PLAINTIFF, **JOY GRAY**, by and through counsel, **SUTTER & GILLHAM, P.L.L.C.**, who for her Notice of Filing, she states:

1. Attached to the notice of filing are **Exhibits A-D,** referenced in the affidavit. There are no known complaints after her termination, so right now there is nothing to file as Exhibit E.

                                             Respectfully submitted,

                                             Lucien Gillham, ARBN 99199
                                             SUTTER & GILLHAM, P.L.L.C.
                                             1501 N. Pierce, Ste. 105
                                             Little Rock, AR  72207
                                             Phone 501-315-1910
                                             Lucien.gillham@gmail.com

By: *Lucien Gillham,*
      Lucien Gillham, ARBN 99199
      Lucien.gillham@gmail.com

Reginald Rogers

---

| | |
|---|---|
| **From:** | Renee Mallory |
| **Sent:** | Friday, September 12, 2025 7:54 AM |
| **To:** | Don Adams (ADH) |
| **Cc:** | Cassie Cochran |
| **Subject:** | FW: Joy Langdon Gray |
| **Attachments:** | Screenshot_20250911_165607_Facebook.jpg; Screenshot_20250911_165709_Facebook.jpg; Screenshot_20250911_165641_Facebook.jpg |

**From:** Tim Mitchell <timmymitchell0123@gmail.com>
**Sent:** Thursday, September 11, 2025 5:13 PM
**To:** Renee Mallory <renee.mallory@arkansas.gov>
**Subject:** Joy Langdon Gray

You don't often get email from timmymitchell0123@gmail.com. Learn why this is important

I am absolutely shocked and appalled that a government employee would celebrate the death of another human being. Ms. Gray is all over the Internet with comments like this. She represents our state and this is unacceptable behavior. Attached are a few shots of her hateful rhetoric.



EXHIBIT A

1

Reginald Rogers

**From:** Renee Mallory
**Sent:** Friday, September 12, 2025 7:55 AM
**To:** Don Adams (ADH)
**Subject:** FW: Joy Langdon Gray
**Attachments:** Screenshot_20250911_184544_Facebook.jpg; Screenshot_20250911_184528_Facebook.jpg

**From:** Tim Mitchell <timmymitchell0123@gmail.com>
**Sent:** Thursday, September 11, 2025 6:50 PM
**To:** Renee Mallory <renee.mallory@arkansas.gov>
**Subject:** Re: Joy Langdon Gray

You don't often get email from timmymitchell0123@gmail.com. Learn why this is important

On Thursday, September 11, 2025, Tim Mitchell <timmymitchell0123@gmail.com> wrote:

I am absolutely shocked and appalled that a government employee would celebrate the death of another human being. Ms. Gray is all over the Internet with comments like this. She represents our state and this is unacceptable behavior. Attached are a few shots of her hateful rhetoric.

1

## Cristy Sellers

| | |
|---|---|
| From: | Tim Mitchell <timmymitchell0123@gmail.com> |
| Sent: | Thursday, September 11, 2025 6:49 PM |
| To: | ADH Communications |
| Subject: | Re: Joy Langdon Gray |
| Attachments: | Screenshot_20250911_184544_Facebook.jpg; Screenshot_20250911_184528_Facebook.jpg |

You don't often get email from timmymitchell0123@gmail.com. Learn why this is important

On Thursday, September 11, 2025, Tim Mitchell <timmymitchell0123@gmail.com> wrote:
This person represents a government agency. This is just a snap of the disgusting comments she has made about the death of another human being all over social media.

1

**Cristy Sellers**

| | |
|---|---|
| **From:** | Reginald Rogers |
| **Sent:** | Tuesday, September 16, 2025 11:23 AM |
| **To:** | Shawn Childs; lanajoy@ymail.com |
| **Cc:** | Laura Shue (ADH); Brian Nichols (ADH); Deborah Reagan; Andrea Flowers-Fells; Cristy Sellers |
| **Subject:** | RE: Grievance Forms - Gray |
| **Attachments:** | Grievance-Form-2.21.2023 (1).pdf; 63-State_Employee_Grievance_Policy_and_Prcedure-8.18.2025.pdf; L.J. Gray 9.15.25.pdf |

Shawn: Thank you for your mail. I assume that you are representing Ms. Gray. I have attached the above ADH grievance forms that she requested yesterday. Attached are the Grievance Form and the Grievance Policy and Procedure. Please refer to Section IV: *Procedure*, which requires that

the completed Grievance Form be returned to the Grievance Officer (Ms. Andrea Flowers- Fells) within **five (5) business days**.

The completed Grievance Form must be returned to Ms. Andrea Flowers-Fella by **Monday, September 22, 2025 no later than 4:30 pm**.

Acknowledge receipt of this email. Direct any questions to Ms. Fells at (501) 683-5699.

I have also attached the termination documents that Ms. Gray was sent yesterday. Thank you.



**Reginald Rogers**
Attorney IV
Arkansas Department of Health
e: Reginald.Rogers@arkansas.gov
T: 501-661-2609

**EXHIBIT B**

From: Shawn Childs <schilds@walkerandchilds.com>
Sent: Monday, September 15, 2025 3:15 PM
To: Reginald Rogers <reginald.rogers@arkansas.gov>
Subject: Joy Langdon Gray

You don't often get email from schilds@walkerandchilds.com. Learn why this is important

Reggie,

Joyce Langdon Gray informed me that this morning you gave her an opportunity to write a rebuttal to allegations regarding certain social media posts that she made. She told me that the deadline is noon tomorrow. Would you mind giving her an extension until noon September 18, 2025 to provide a rebuttal?

--

1

Shawn G. Childs
WALKER & CHILDS, PLLC
1815 S. State Street
Little Rock, AR 72206
(Phone) (501) 287-8680
(Fax) (501) 330-8311

The information contained in this electronic message includes confidential information protected by the attorney-client privilege, the attorney work product privilege, or other private information, and is intended solely for the addressee(s) hereof and privileges are not waived by transmission of this message and receipt by unintended persons. Receipt of electronic mail or reply to electronic mail does not establish an attorney-client relationship between sender and recipient where one does not already exist.



Sarah Huckabee Sanders     Renee Mallory     Jennifer Dillaha

09/15/2025

Lana Joy Gray



Dear Joy,

We regret to inform you that effective close of business on September 15, 2025, your employment with the Arkansas Department of Health has been terminated.

You are required to return any ADH materials, documents, or equipment to which you had access during your employment. Your personal belongings will be available for pick up at the Security Desk at the main entrance of the building.

You are entitled to be paid out for any accrued annual or holiday leave. Forms regarding the grievance process will be sent via email from ADH Legal.

Sincerely,

*Cristy Sellers*

Cristy Sellers
Division Director
Division for Health Advancement



EXHIBIT C

Arkansas Department of Health
4815 West Markham St. • Little Rock, AR 72205
HEALTHY.ARKANSAS.GOV

# Arkansas
# Department of Health
## NOTICE OF DISCIPLINARY ACTION

| FOR HR USE ONLY |
| --- |
| Employee Relations |
| Violation Type _____ |
| Description Type by Offense Number _____ |
| Race _____ Sex _____ |

Employee's Name  **Lana J. Gray**                    AASIS Personnel #  **106721**
(Please type or print)

Center/Branch  **Div. of Health Advancement**   Section  **TPCP**          Cost Center  **610160**

| PTS. | TYPE OF DISCIPLINE | LEVEL OF DISCIPLINE |
| --- | --- | --- |
| 3 | Written Warning | WW will be a permanent part of the employee's record and will be counted for progressive disciplinary purposes for 24 months. |
| 6 | Suspension | S will be a permanent part of the employee's record and will be counted for progressive disciplinary purposes for 24 months. |
| 8 | Demotion | D will be a permanent part of the employee's record and will be counted for progressive disciplinary purposes for 24 months. |
|   | Discharge | Permanently remains in employee's personnel file. |

Number of Points accumulated prior to this violation  _____
Level of discipline and points assigned for this violation  **Discharge**
Number of Points accumulated with this violation  _____

**Refer to Employee Disciplinary Policy.**

1. Policy and Standard violated:   See Attachment 1, REL-42 #8, and REL-47

2. Cause for disciplinary action (Be specific as to nature of offense, date and time.):   Friday, September 12, 2025, the agency received a complaint regarding social media posts by Lana Joy Gray (social media name Joy Langdon Gray). Ms. Gray posted on social media unprofessional posts/comments to a public incident that had occurerd on Wednesday, September 10, 2025.

3. Number of and date(s) of prior violation(s) used for point accumulation and/or progressive discipline:   N/A

4. Disciplinary Action taken for this violation:   Discharge
5. Employee conduct or performance expected in future:   N/A

6. Consequences upon next breach of violated standards:   N/A

_____ Supervisor's Signature        9/15/25  Date

I have read and received a copy of the above statements and have knowledge of the ADH Internal Grievance Procedure. My signature below denotes only knowledge of actions taken and does not necessarily imply agreement.

Comments _____

*Employee unable to sign  9/15/25* — _____
Employee's Signature                   Date

cc: Employee
Originating Supervisor's Personnel File
**ORIGINAL TO:** Human Resources

HR-1173 (8/08)                          *Attach additional pages as needed*



# ARKANSAS DEPARTMENT OF HEALTH
## REQUEST FOR HUMAN RESOURCES POSITION ACTION

County Office/Central Office: Division of Health Advancement/Tobacco Prevention      Effective Date: 09/15/2025

Employee Name: Gray, Lana, J.
                Last        First    MI
SSN: 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           Personnel #: 106721

### Section I: Type of Action: Check all that apply

**Position:**
- ☒ Permanent/Regular
- ☐ Extra Help
- ☐ Board Member
- ☐ New Position

**Person:**
- ☐ New Hire
- ☐ Rehire
- ☐ Promotion
- ☐ Demotion
- ☐ Re-employment of Retiree
- ☐ Intra-Agency Transfer
- ☐ Inter-Agency Transfer
- ☐ Job Share
- ☐ Concurrent

- ☐ Exceptionally Well Qualified
- ☐ Labor Market Request
- ☐ Retirement    Code: _____
- ☐ Voluntary Termination   Code: _____
- ☒ Involuntary Termination   Code: Z5-02
- ☐ Differentials:
  - Type: _____ %
  - Type: _____ %
  - Type: _____ %

**OPM Approval Required:**
☐ Yes   ☐ No

Provide the required documents to support Exceptionally Well Qualified and Labor Market Request Actions:
- OPM forms Certification of Funding for Personnel Action, 080, & 081 and for Exceptionally Well Qualified request
- Written justification/explanation
- Completed application, resume, etc., for New Hire request

**Comments:** Employee paid Administrative Leave for 09/15/2025 terminate effective 09/15/2025

### Section II: Position Information

| Position # | Cost Center | Internal Order # |
|---|---|---|
| 22076774 | 610160 | ATSA00XX |

| Personnel Area (Example: HL87) | Organizational Unit | Organizational Unit Long/Short Titles |
|---|---|---|
| HL98 | 22175262 | CHA Tobacco Branch Administration |

☒ Supervisor Position  ☐ Non Supervisor Position    Official Duty Location: Little Rock

Time Administrator's Name: Tamara Larry
Time Administrator's Number: 126

Supervisor's Name: Cristy Sellers
Supervisor's Phone: 501-614-5221
Supervisor's Org Unit: 22173627
Supervisor's Position #: 22120104

Current Position Title: Health Branch Manager      New Position Title: _____
Current Class Code: PHP03C                         New Class Code: _____
Current Job Grade: SPC04                           New Job Grade: _____
Current Bi-weekly Pay Period Hours: 80             New Bi-weekly Pay Period Hours: _____
Current Hourly Rate: $ 45.7606                     New Hourly Rate: $ _____

### Section III: Organizational Unit Changes (Supervisor Positions Only)

Supervisor to Serve or Serving as Chief: Cristy Seller
Supervisor's Position #: 22120104
Supervisor's Org Unit: 22173627

_[signature]_ 9/15/25          _[signature]_ 9/15/25
Requesting Supervisor/Manager  Date       Center Director/ADMO   Date

_[signature]_ 9-15-25          _[signature]_ 9/17/2025
Human Resources Manager  Date             Personnel Processing Officer   Date

HR-1161 (2/18)

9-15-2025
REVIEWED FOR TERMINATION AND APPROVED.
REGINALD A. ROGERS, ADH ATTORNEY IV

-15-25
_____
COS

Lana Joy Gray

1173 Attachment I

9/15/2025

REL-42, #8—The use of threatening or abusive language or actions, posting or offensive material, any harassment, or discourteous, indecent, or immoral conduct.

REL-47—Employees who engage in any type of conduct or performance that may be injurious to the Agency, or which interferes with the efficient operations, damages the reputation of ADH, or interferes with the Agency's ability to serve customers and the public, will be subject to disciplinary action up to and including immediate termination.



# State of Arkansas
# Grievance Form

This form is used to file a grievance pursuant to A.C.A § 21-1-701 *et seq.* and the State of Arkansas Grievance Policy and Procedure. This form must be completed and submitted to your Department's Grievance Officer to initiate the process. Supporting documentation may be submitted along with this form. Contact your human resources office for more information regarding your Department's grievance policy.

**Department:** Department of Health
**Division, if applicable:** Health Advancement
**Employee's Name:** Lana Joy Gray
**Phone Number:** 501-472-1907
**Job Title:** Branch Chief
**Grade:** SP04
**Supervise:** ☑ Yes  ☐ No
**Email Address:** Lanajoy@ymail.com
**Home Address:** 15454 Walnut Glen Dr., Alexander, AR 72002
**Supervisor's Name:** Cristy Sellers

In order for a complaint to be processed, the following information must be provided:

1. What disciplinary action are you grieving?

   ☑ Termination    ☐ Suspension

2. What was the date of the disciplinary action?  9-15-25

3. What action have you taken to address the situation with your immediate supervisor?
   
   I was not given an opportunity to address this situation.

4. What remedy do you request?
   
   Reinstatement with back pay.

5. I request as my first step:  ☐ Mediation   ☑ Administrative Review Hearing

**Employee's Signature:** [signed]
**Date:** 9-16-25

---

**Official Use Only**

Grievable: ☐ Yes  ☐ No    If no, explain:

_____

Grievance Officer's Name | Grievance Officer's Signature | Date

Grievance Form                                    Revised February 21, 2023

EXHIBIT D



Sarah Huckabee Sanders  Renee Mallory, RN, BSN   Jennifer Dillaha, MD
GOVERNOR              SECRETARY OF HEALTH     DIRECTOR

## CONFIDENTIAL

September 29, 2025                          **CERTIFIED MAILNO.**
                                            **7008 2810 0000 5741**

Lana Joy Gray


RE: Grievance Case No. ADH2025-09-16

Dear Ms. Gray,

This email is to notify you that, after reconsideration, your grievance received on September 16, 2025, has been determined not grievable for the following reason:

**Policy 63 – State Employee Grievance Policy and Procedure**
*Supervisory Employee—(a) An individual with authority to hire, transfer, suspend, lay off, recall, promote, discharge, assign, reward, or discipline other employees of the department; (b) An individual who has the responsibility to direct other employees of the department by which he or she is employed; or (c) An individual whose exercise of authority requires the use of independent judgment and is not of a merely routine or clerical nature. An individual who supervises the equivalent of one full-time Employee is not eligible to use the grievance process.*

You were employed as a Health Branch Manager and served in a supervisory capacity. Therefore, your grievance has been determined not grievable under Policy 63. This case is now officially closed as of today.

If you have any questions, please feel free to contact me at (501) 683-5699.

Sincerely,

Andrea Flowers-Fells
Grievance Officer

cc: Attorney Reginal Rogers
Cristy Sellers – Division Director