IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOY GRAY,**                                                                                           **PLAINTIFF**

v. CASE NO. 4:25-CV-1057-LPR

**RENEE MALLORY, ET AL**                                                                **DEFENDANTS**

### PLAINTIFF'S NOTICE OF FILING

**COMES NOW** THE PLAINTIFF, by and through counsel, **SUTTER & GILLHAM, P.L.L.C.**, who for her Notice of Filing, she states:

1. Please see attached **Exhibit A**- email chain, showing Plaintiff has emailed all counsel of record, a copy of the Complaint, Mtn to TRO and PI, Supporting Brief, Notice and Affidavit, the courts orders and Plaintiff's Notice of filing Affidavit Exhibits.

Respectfully submitted,

Lucien Gillham, ARBN 99199
SUTTER & GILLHAM, P.L.L.C.
1501 N. Pierce, Ste. 105
Little Rock, AR  72207
Phone 501-315-1910
Lucien.gillham@gmail.com

By: *Lucien Gillham,*
Lucien Gillham, ARBN 99199
Lucien.gillham@gmail.com



Shanna Allen <shanna1a.sglaw@gmail.com>

# Re: Shanna send Reggie the affidavit and order

**Shanna Allen** <shanna1a.sglaw@gmail.com>    Tue, Oct 14, 2025 at 5:40 PM
To: Reginald Rogers <reginald.rogers@arkansas.gov>
Cc: Luther Sutter <luther.sutterlaw@gmail.com>, "trey.cooper@arkansasag.gov" <trey.cooper@arkansasag.gov>, Daniel Ford <daniel.ford@arkansasag.gov>, Laura Shue <Laura.Shue@arkansas.gov>, Charles Thompson <Charles.Thompson@arkansas.gov>, Brian Nichols <Brian.Nichols@arkansas.gov>, "S.Craig Smith" <Stephan.Smith@arkansas.gov>, Deborah Reagan <Deborah.Reagan@arkansas.gov>, Tressa Williams <Tressa.Williams@arkansas.gov>, Lucien Gillham <lucien.gillham@gmail.com>

All,

Please find attached, Notice of Filing Exhibits to Aff, filed this day, and sent on behalf of Mr. Gillham. I'm also attaching again, a PDF of all other filings to date, just to make sure all counsel of record, has received.

Thank you.

Shanna

On Tue, Oct 14, 2025 at 9:39 AM Reginald Rogers <reginald.rogers@arkansas.gov> wrote:

> As I have stated previously, the Arkansas Attorney General's Office is (and has been) representing the defendants in this matter. I have copied those attorneys on this email. Thank you.
>
> 
>
> **Reginald Rogers**
> Attorney IV
> Office of Administration - Legal | ADH
> e: Reginald.Rogers@arkansas.gov
> t: 501-661-2609
>
> CONFIDENTIALITY NOTICE:
> This email and any attachments are the property of the State of Arkansas and may be confidential or legally privileged under applicable state and federal laws, including laws governing the disclosure of private information. They are intended solely for use by the designated recipient(s). If you are not the intended recipient, or have received this message in error, you are hereby notified that any review, use, retention, dissemination, distribution, copying, printing, or reliance on this communication is STRICTLY PROHIBITED and may be unlawful. The sender does not waive any applicable privilege by the transmission of this message. If you have received this communication in error, please notify the sender immediately by reply email and permanently delete all copies of this message and any attachments from your system. This email and any responses to it may be subject to disclosure under the Arkansas Freedom of Information Act, Ark. Code Ann. § 25-19-101 et seq.
>
> From: Shanna Allen <shanna1a.sglaw@gmail.com>
> Sent: Tuesday, October 14, 2025 9:19 AM
> To: Luther Sutter <luther.sutterlaw@gmail.com>
> Cc: Reginald Rogers <reginald.rogers@arkansas.gov>



EXHIBIT A

**Subject:** Re: Shanna send Reggie the affidavit and order

Counsel,

Per the court's order this morning, on behalf of Mr. Sutter, attached is a PDF attachment containing a cover letter, and all pleadings, motions, orders filed to date, in the case:

Gray v Mallory, et al 4:25-cv-01057-LPR. If you have any trouble opening the attachment, please let me know.

Thank you.

Shanna

On Fri, Oct 10, 2025 at 3:55 PM Shanna Allen <shanna1a.sglaw@gmail.com> wrote:

> Mr. Rogers,
>
> I'm attaching the body of the order, as it was a Notification and not a document, and attaching the Notice of Filing, with Plaintiff's Affidavit, filed and sent this day on behalf of Mr. Sutter.
>
> # U.S. District Court
> # Eastern District of Arkansas
>
> **Notice of Electronic Filing**
>
> The following transaction was entered on 10/10/2025 at 8:49 AM CDT and filed on 10/10/2025
>
> **Case Name:** Gray v. Mallory et al

Case Number:     4:25-cv-01057-LPR

Filer:

Document Number: 5(No document attached)

## Docket Text:

(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER. To the extent Doc. 2 is a request for a Rule 65(b) Temporary Restraining Order, it is denied. The Complaint is not verified. Nor has Plaintiff submitted a declaration/affidavit setting forth any facts. Without one of these two things, Plaintiff cannot meet the requirement in Rule 65(b)(1)(A). Additionally, Plaintiff's attorney has not certified in writing any efforts made to give notice and the reasons it should not be required. So the requirement in Rule 65(b)(1)(B) is unmet as well. To the extent Doc. 2 is a request for a Preliminary Injunction, the Court notes that Plaintiff has provided no evidence at this point. To obtain a preliminary injunction, a plaintiff may not rely on allegations in an unverified complaint. Plaintiff must provide evidence (in the form of declarations, affidavits, documents, etc.) to show--among other things--that Plaintiff has a likelihood of success on the merits. Because Plaintiff has submitted no evidence whatsoever, there is nothing yet to which Defendants can respond. The Court orders that Defendants' response-deadline will be 14 days from the date that Plaintiff submits either a verified version of her complaint, a declaration/affidavit setting out the facts that Plaintiff believes entitle her to relief, or documentary evidence (or the like) showing the facts that Plaintiff believes entitle her to relief. Signed by Judge Lee P. Rudofsky on 10/10/2025. (hml)

## Thanks

## Shanna

On Fri, Oct 10, 2025 at 3:49 PM Luther Sutter <luther.sutterlaw@gmail.com> wrote:

> Luther Sutter
> Attorney at Law
> 5013151910
>
>
> --
>
> Sincerely,
>
> Shanna Allen
> *Legal Assistant to*
> **Sutter & Gillham, P.L.L.C.**
> 1501 N. Pierce, Suite 105
> Little Rock, AR  72207
> Phone: 501-315-1910

Fax: 501-315-1916
shanna1a.sglaw@gmail.com

***SECURITY WARNING***
Because email messages are exchanged between you, Mr. Sutter, Mr. Gillham, and/or our firm's employees, over the Internet, we cannot assure that such messages are secure.
***CONFIDENTIALITY NOTICE***
This message is intended only for the use of the individual(s) or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete this transmission with any attachments from any computer and destroy all copies in any form. Thank you.

--

Sincerely,

Shanna Allen
*Legal Assistant to*
**Sutter & Gillham, P.L.L.C.**
1501 N. Pierce, Suite 105
Little Rock, AR  72207
Phone: 501-315-1910
Fax:  501-315-1916
shanna1a.sglaw@gmail.com

***SECURITY WARNING***
Because email messages are exchanged between you, Mr. Sutter, Mr. Gillham, and/or our firm's employees, over the Internet, we cannot assure that such messages are secure.
***CONFIDENTIALITY NOTICE***
This message is intended only for the use of the individual(s) or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete this transmission with any attachments from any computer and destroy all copies in any form. Thank you.

--

Sincerely,

Shanna Allen
*Legal Assistant to*
**Sutter & Gillham, P.L.L.C.**
1501 N. Pierce, Suite 105
Little Rock, AR  72207

Phone: 501-315-1910
Fax: 501-315-1916
shanna1a.sglaw@gmail.com

***SECURITY WARNING***
Because email messages are exchanged between you, Mr. Sutter, Mr. Gillham, and/or our firm's employees, over the Internet, we cannot assure that such messages are secure.
***CONFIDENTIALITY NOTICE***
This message is intended only for the use of the individual(s) or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete this transmission with any attachments from any computer and destroy all copies in any form. Thank you.

**2 attachments**


**2025-10-14 PLT NOF EX TO AFF GRAY.pdf**
1940K


**2025-10-14 COVER LTR-ALL FILINGS.pdf**
1298K