# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOY GRAY**                                                                                         **PLAINTIFF**

**v.**                              **CASE NO. 4:25-cv-01057-LPR**

**RENEE MALLORY, DON ADAMS,**
**CASSIE COCHRAN, CRISTY SELLERS,**
**REGGIE ROGERS**                                                       **DEFENDANTS**

## MOTION TO DISMISS

COMES NOW Defendants RENEE MALLORY, DON ADAMS, CASSIE COCHRAN, CRISTY SELLERS, REGGIE ROGERS, by and through their attorneys, Attorney General Tim Griffin and Senior Assistant Attorney General Trey Cooper, and for their motion to dismiss, state as follows:

1. Plaintiff, Joy Gray, filed her complaint on October 9, 2025. *See* Doc. No. 1.

2. The complaint seeks declaratory and prospective injunctive relief against the Defendants in their official capacities, compensatory and punitive damages against the Defendants in their individual capacities, and fees and costs.

3. In support of her requests, Ms. Gray alleges that Defendants took adverse employment actions in violation of the First Amendment and Arkansas Civil Rights Act (ACRA) because of her speech and viewpoint. Doc. No. 1 at 4. She alleges that the denial of name-clearing procedures and opportunity to respond violated her procedural and substantive due process rights. *Id.* at 4-5. Furthermore, Ms. Gray alleges a claim of Conspiracy against all Defendants and Outrage against Separate Defendant Rogers. *Id.* at 5-6.

4. Ms. Gray's complaint should be dismissed for failing to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

5. Ms. Gray's claims for compensatory and punitive damages should be dismissed because Defendants are entitled to the doctrine of qualified immunity.

6. Defendants have filed a Brief in Support of this Motion contemporaneously with this Motion.

WHEREFORE, Defendants respectfully request this court grants their motion to dismiss and for all other just and proper relief to which they may be entitled.

                Respectfully submitted,

                TIM GRIFFIN
                Attorney General

By:    Carl F. "Trey" Cooper, III
        Ark Bar No. 2007294
        Senior Assistant Attorney General
        Office of Arkansas Attorney General
        101 West Capitol Avenue
        Little Rock, AR 72201
        PH:    (501) 682-3658
        Fax:   (501) 682-2591
        Email: trey.cooper@arkansasag.gov

        *Attorneys for Defendants*