4.2K  752 shares

**Joy Langdon Gray**
Oh no, what if he's ok?

1d   Like   Reply   8

 **Becky Carroll Puckett**
**Joy Langdon Gray** what an evil reply

1d   Like   Reply   1

**Joy Langdon Gray** yeah just like his quote about needing some unfortunate deaths for the 2nd amendment. He knew the



> **Joy Langdon Gray**
> yeah just like his quote about needing some unfortunate deaths for the 2nd amendment. He knew the risks and was shot doing his evil in the public.
>
> 1d   Like   Reply
>
> **David Mackey**
> Joy Langdon Gray
> REPENT FOOL.

 **Joy Langdon Gray**

well he died for his cause.



≡ **Newsweek**   Subscribe   Sign In

U.S.   Charlie Kirk   Turning Point USA   Repub

News Article

## Charlie Kirk Says Gun Deaths 'Unfortunately' Worth it to Keep 2nd Amendment

PUBLISHED APR 06, 2023 AT 05:39 PM EDT

9/12/25, 4:36 PM                    Screenshot_20250911_165709_Facebook (002).jpg (1080×1673)

### 👍😲😆 Mandy Butler Galbraith +...

death is bad.

20h    Like             1 

Reply

 **Joy Langdon Gray Jessica Niederriter** yeah you do that. I'm sure Charlie prayed all the time and look how that worked. Or did it? We'll never know.

20h    Like             1 

Reply

 **Joy Langdon Gray**

**Trey Clifton** I'm all for reform and agendas at any time. But, meh on his death. I guess in a weird way maybe Charlie will have died for reform to happen. Omg maybe the prayers DID work