


3:46

← Post ⋯

**SickOfWar** ✓
@AZMaGHaMaMa

X.com

Arkansas department of Health

🔘 **Olivia Krolczyk** ✝ ✓ @oliviakrolczyk_ · 4h
Joy Gray- ahhhh department of health, shocker

> Puckett
> **Joy Langdon Gray**
> what an evil reply
> 1d  Like  Reply  1 ❤
>
> **Joy Langdon Gray**
> yeah just like his needing some unfortunate deaths for the 2nd amendment. He knew the risks and was ⸺⸺⸺ ⸺⸺⸺
>
> ⸺⸺ yeah you do that. I'm sure Charlie prayed all the time and look
>
> Joy Gray

11:56 AM · 9/12/25 · **326** Views

💬   ⤴ 2   ♡ 5   🔖   ⤒

Post your reply

🏠  🔍  ∅  🔔¹  ✉

**Cristy Sellers**

| | |
|---|---|
| **From:** | Tim Mitchell <timmymitchell0123@gmail.com> |
| **Sent:** | Thursday, September 11, 2025 6:49 PM |
| **To:** | ADH Communications |
| **Subject:** | Re: Joy Langdon Gray |
| **Attachments:** | Screenshot_20250911_184544_Facebook.jpg; Screenshot_20250911_184528_Facebook.jpg |

You don't often get email from timmymitchell0123@gmail.com. Learn why this is important

On Thursday, September 11, 2025, Tim Mitchell <timmymitchell0123@gmail.com> wrote:
This person represents a government agency. This is just a snap of the disgusting comments she has made about the death of another human being all over social media.

