IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOY GRAY                                                                                                        PLAINTIFF

v.                              CASE NO. 4:25-cv-1057-LPR

RENEE MALLORY, et al.                                                                              DEFENDANTS

### DECLARATION OF CASSIE COCHRAN

I, Cassie Cochran, am competent to testify and have personal knowledge regarding the statements contained in this declaration, and do hereby state and verify the following:

1. I am employed with the Arkansas Department of Health ("ADH"), 4815 West Markham Street, Little Rock, Arkansas 72205.

2. Specifically, I am employed as the Deputy Director for Public Health Programs.

3. I began working for ADH in 2007 and have worked throughout the Agency, beginning in Preparedness, moving to managing Programs, the Division of Local Public Health, and for the last four years holding my current position.

4. In my position as Deputy Director for Public Health Programs, I oversee the day-to-day operations of numerous divisions within ADH dedicated to maintaining and improving the health of Arkansans.

5. On or around September 12, 2025, I became aware that ADH employee Joy Gray had made public social media posts relating to the murder of Charlie Kirk.

6. That day, I assisted, through another ADH employee, Chief of Staff Don Adams in viewing Ms. Gray's Facebook profile, which did not contain the comments in question (which we later discovered were posted on a public news outlet story) but did contain photographs and narrative relating to her position as an ADH Branch Manager.

7. Ms. Gray's position as Branch Manager of the Tobacco Prevention and Cessation Branch is one that I would describe as very public facing.

8. Her job required her to promote her programs on the morning show circuit and to interface with and make appearances with high-dollar and high-profile sponsorships involving her programming.

9. The programs under her purview, such as the Be Well Program and others such as the Hometown Health Initiative, necessarily involved Ms. Gray spending time with Local Health Unit staff and county personnel all over Arkansas, working in schools and communities to build partnerships and fulfill her branch's mission regarding tobacco prevention and cessation.

10. Based on my years of experience running and overseeing critical ADH programming efforts, I believe her comments would have affected her ability to do her job at the level necessary to avoid disruption to ADH operations.

11. I do not believe that she could have continued to appear before the legislature or interact with critical community coalitions around the state.

12. Further, I believe her comments directly undermined ADH's focus on protecting the health and safety of all individuals regardless of political persuasion.

**FURTHER DECLARANT SAYETH NOT.**

*Cassie Cochran*
_____
CASSIE COCHRAN

10/23/2025
_____
DATE