IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOY GRAY**                                                                                           **PLAINTIFF**

v.                                  **CASE NO. 4:25-cv-1057-LPR**

**RENEE MALLORY, et al.**                                                                **DEFENDANTS**

**DECLARATION OF JOE MARTIN**

I, Joe Martin, am competent to testify and have personal knowledge regarding the statements contained in this declaration, and do hereby state and verify the following:

1. I am employed with the Arkansas Department of Health ("ADH"), 4815 West Markham Street, Little Rock, Arkansas 72205.

2. Specifically, I am employed as the Director of the Office of Preparedness & Emergency Response Systems ("OPERS"), and have been in that position for approximately three years.

3. OPERS is responsible for emergency public health preparedness, managing the ADH trauma system, Stroke and Heart Attack System, and Emergency Medical Services (EMS).

4. As part of our job, OPERS monitors social media to find open-source intelligence (OSINT) relevant to ADH operations and emergency management, such as earthquakes, security issues, mass casualty incidents, etc.

5. OPERS primarily monitors Facebook and Twitter/X for information and mentions of ADH in order to evaluate those mentions as potential security threats.

6. On or around September 12, 2025, one of my employees in OPERS discovered multiple posts on social media regarding other social media comments that ADH employee Joy Gray had recently made.

7. Some of these posts tagged ADH, the Governor's Office or other entities and directed followers to communicate with ADH regarding Ms. Gray's social media posts.

8. Ever since the shooting at the Center for Disease Control (CDC) headquarters in Atlanta in early August of 2025, our office has been on particularly heightened alert for potential security threats to public health agencies indicated by social media activity.

9. Believing that the social media activity surrounding Ms. Gray's comments could 1) present a security concern to ADH and 2) cause reputational harm to ADH, I decided to bring the social media activity to the attention of senior leadership.

10. I communicated the activity to Matt Gilmore, as other senior leadership was in a meeting at the time.

11. An All-ADH email went out on Tuesday, September 16, with general safety reminders.

**FURTHER DECLARANT SAYETH NOT.**

_____
JOE MARTIN

10/23/2025
_____
DATE