IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOY GRAY**                                                                                                                **PLAINTIFF**

**VS.**                                        **CASE NO: 4:25-CV-1057-LPR**

**RENEE MALLORY, et al.,**                                                                      **DEFENDANTS**

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

**COMES NOW,** the Plaintiff, **JOY GRAY**, by and through counsel, **SUTTER & GILLHAM, P.L.L.C.**, and her Response to the Motion to Dismiss the First Complaint, states:

1. For the reasons laid out in Plaintiff's Brief in Support, the Defendant's Motion to Dismiss, should be denied.

**WHEREFORE**, Plaintiff prays for an order, denying Defendant's Motion to Dismiss, and for all other proper relief.

        Respectfully submitted,

        Lucien Gillham, ARBN 99199
        **SUTTER & GILLHAM, P.L.L.C.**
        1501 N. Pierce, Stee. 105
        Little Rock, AR 72207
        Lucien.gillham@gmail.com
        Phone 501-315-1910

By: */s/ Lucien Gillham*
      Lucien Gillham, ARBN 99199
      Lucien.gillham@gmail.com